UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JERRY J. MEEKS,

                    Plaintiff,

          v.                                    Case No. 17-cv-604-pp

JUDY P. SMITH, *et al.*,

                    Defendants.

## ORDER REQUIRING PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On November 3, 2017, the defendant filed a motion for summary judgment. Dkt. No. 25. The plaintiff's response materials were due on December 4, 2017. (The court issued a scheduling order on October 10, 2017, stating that a party opposing a motion for summary judgment—in this case, plaintiff Jerry Meeks—had to file his response to the motion for summary judgment "within **30** days of service of the motion." Dkt. No. 21.) According to the court's records, the plaintiff has not responded to the motion. The plaintiff must file his response materials by **Friday, February 9, 2018**, or explain why he is unable to do so. If he fails to either file his response materials or explain why he can't do so by the end of the day on February 9, 2018, the court will conclude that the plaintiff does not oppose the defendant's motion for summary judgment, and will decide the motion without his input. See Civ. L.R. 7(d) (E.D. Wis. 2010).

The court **ORDERS** the plaintiff either shall file his response to the defendant's motion for summary judgment, or file a letter explaining why he is unable to do so, in time for the court to receive it by **February 9, 2018**. If the plaintiff fails to do either of these things by that date, the court will decide the motion for summary judgment without the plaintiff's input.

Dated in Milwaukee, Wisconsin, this 18th day of January, 2018.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**